# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | |
|---|---|
| **NICHOLAS J. SILVERS,** | } |
| **Plaintiff,** | } |
| v. | } Case No.: 4:24-cv-1077-RDP-GMB |
| **BILLY J. MURRAY, et al.,** | } |
| **Defendants.** | } |

## MEMORANDUM OPINION

On March 5, 2025, the Magistrate Judge entered a Report and Recommendation (Doc. 8), recommending the dismissal of this action without prejudice under 28 U.S.C. § 1915A(b) for failure to state a claim upon which relief can be granted. Although the Magistrate Judge advised Plaintiff of his right to file written objections within fourteen days (*see* Doc. # 8 at 10), the court has not received any objections.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court hereby **ADOPTS** the Report of the Magistrate Judge and **ACCEPTS** the recommendation. In accordance with the recommendation, the court finds that this action is due to be dismissed without prejudice for failure to state a claim upon which relief can be granted. A separate Order will be entered.

**DONE** and **ORDERED** this March 26, 2025.

_____
**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE